## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

JOHN J. LYNCH,

        Petitioner

      v.

JOSEPH ZWECHAROWSKI,

        Respondent

No. 43 EM 2022

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of November, 2022, the "Motion for Appointment of Community [L]egal [S]ervices" is DENIED.